IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICKY CUNNINGHAM                                                                          PLAINTIFF

v.                                        Case No. 4:20-cv-4047

NEW MILLENNIUM BUILDING
SYSTEMS, LLC                                                                              DEFENDANT

## **ORDER**

Before the Court is Plaintiff Ricky Cunningham's Motion for Relief.  (ECF No. 17).  Plaintiff informs the Court that Defendant New Millennium Building Systems, LLC does not oppose the motion.  Thus, the Court finds the motion ripe for consideration.

The Initial Scheduling Order provides that the parties must file their joint Rule 26(f) report by July 23, 2020.  Plaintiff seeks an extension of that deadline, indicating that the parties agree that additional defendants need to be added to this case.  Plaintiff proposes that it would be most economical to allow him to add the additional defendants and then for the Court to issue a new Initial Scheduling Order.  Consequently, Plaintiff asks that the Court give the parties until August 14, 2020 to either file their joint Rule 26(f) report or for Plaintiff to seek to amend his complaint to add new defendants.

Upon consideration, the Court finds that good cause for the motion has been shown.  Accordingly, Plaintiff's motion (ECF No. 17) is hereby **GRANTED**.  The parties must either file their joint Rule 26(f) report, or Plaintiff must file a motion to amend his complaint to add new defendants, **on or before August 14, 2020**.  If Plaintiff seeks and obtains leave to amend his complaint, the Court will issue a new Initial Scheduling Order so that all parties can have input in the joint Rule 26(f) report.

**IT IS SO ORDERED**, this 21st day of July, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge