IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICKY CUNNINGHAM                                                                                           PLAINTIFF

v.                                         Case No. 4:20-cv-4047

NEW MILLENNIUM BUILDING
SYSTEMS, LLC                                                                                               DEFENDANT

## ORDER

Before the Court is Defendant's Motion to Supplement Answer With Exhibit. (ECF No. 16). Plaintiff has not responded and his time to do so has passed. *See* Local Rule 7.2(b). The Court finds the motion ripe for consideration.

Defendant filed its answer on June 10, 2020. The answer references an "Exhibit A, Carrier Agreement," but no such exhibit was attached to the answer. Defendant now moves for leave to supplement its answer with the missing exhibit, which it has attached to the instant motion. (ECF No. 16-1).

Upon consideration, the Court finds that good cause has been shown for the motion. Accordingly, Defendant's motion (ECF No. 16) is hereby **GRANTED**. It is unnecessary for Defendant to refile its answer or the exhibit. The Court will treat the exhibit (ECF No. 16-1) as though it was filed with the answer.

**IT IS SO ORDERED**, this 31st day of July, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge